IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PAMELA L. MASSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:04-cv-216-WKW |
| | ) | (WO) |
| STATE OF ALABAMA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### **FINAL JUDGMENT**

Upon consideration of the Joint Stipulation of Dismissal filed by the parties on December 11, 2006 (Doc. # 34) it is hereby ORDERED that:

1. This case is DISMISSED with prejudice.

2. Each party will bear her or its own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 13th day of December, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE